STEPHEN L. COLLIER, ESQ., Cal. SBN 124887
Attorney at Law
126 Hyde Street, 2nd Floor
San Francisco, CA 94102
Telephone: (415) 771-9850
Facsimile: (415) 771-1287

Attorney for Petitioner Dr. Gregory A. Hamon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. GREGORY A. HAMON,<br><br>Petitioner,<br><br>vs.<br><br>FRANCIS J. HARVEY, Secretary of the United States Army; Lieutenant General JAMES R. HELMLY, Commanding General, U.S. Army Reserve Command; Major General KENNETH D. HERBST, Commanding General, United States Army Reserve Medical Command; Colonel MARY LINK, Commander, AMEDD Physician Management Command, United States Army; DOES 1-20 inclusive,<br><br>Respondents. | Case No. C 06-3566 PJH<br><br>**DECLARATION OF STEPHEN L. COLLIER IN SUPPORT OF** *Ex PARTE* **APPLICATION TO CONTINUE PETITIONER'S REPLY AND TRAVERSE FILING DATE** ; AND ORDER<br><br>**Hearing Date: July 26, 2006**<br>**Time: 9:00 AM**<br>**Courtroom 3, 17th Floor** |

I, Stephen L. Collier, hereby declare and state:

1.  I am an attorney duly licensed to practice law in the State of California. I am admitted to practice before the Federal District Court for the Northern District of California, and I am counsel for petitioner Gregory Hamon in this case.

2.  Respondents' papers in opposition to petitioner's Petition for Writ of Habeas

DECLARATION OF STEPHEN L. COLLIER IN SUPPORT OF APPLICATION TO CONTINUE PETITIONER'S REPLY AND TRAVERSE FILING DATE

1

Corpus and Mandamus were filed and served on June 28, 2006. Petitioner's reply papers and traverse are due today, July 5.

3. On June 28, my father, Leonard Collier, died. Attached hereto as exhibit A is a true and correct copy of his obituary appearing in the San Francisco *Chronicle* on July 1, 2006. His funeral service was held on July 3, 2006.

4. Since June 28, I have been completely occupied with arranging for the funeral and burial, providing emotional support for my mother and other family members, grieving, and have not had the opportunity to prepare reply papers or a traverse. Therefore I am requesting a continuance on the due date for the reply papers and traverse to July 12, 2006.

5. I have on my calendar two depositions in the case of *DCamp et al. v. Murphy, et al.*, San Francisco Superior Court Case No. 433576, for July 6 and July 7. Due to the number of parties and attorneys involved, and a pending trial date of August 28, 2006, I believe it would not be prudent to postpone these depositions. Therefore I believe that I will have the opportunity after July 7 to adequately prepare my reply papers in this case. Therefore I request that I be given a continuance to file these papers to July 12.

6. I spoke to respondents' attorney, Steven Salteil this morning, and he graciously agreed to my request for a continuance.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, executed this 5th day of July, 2006, in San Francisco, CA.

_____
Stephen L. Collier

It is ordered that Petitioner's Reply papers and traverse shall now be filed and served on or before July 12, 2006.

Dated: 7/10/06
_____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

DECLARATION OF STEPHEN L. COLLIER IN SUPPORT OF APPLICATION TO CONTINUE PETITIONER'S REPLY AND TRAVERSE FILING DATE                2

To: Steve Collier 415-771-1287

### Leonard Collier

Passed away peacefully at his home in Atherton on June 28, from melanoma at the age of 87.

He is survived by Alice, his wife of 61 years; his brother Nash; his children, Jean, Laurie, Nancy and Steve, and his grandchildren, Lissa, Stewart, Ogi and Brian.

Len was born and raised in Alabama. In 1939 he went to Manila to pursue a career in insurance with AIG where he met Alice. They were interned there as civilian POW's from 1942-45. After being liberated by U.S. forces, they were married in San Francisco in 1945. Len continued to work for AIG for 41 years in San Francisco, Boston, Caracas, and New York, where he was an executive vice president.

Active in retirement, Len loved to travel with Alice, his family and friends, play golf and tennis, and enjoyed good wine, food, theatre and opera. Quick-witted, intelligent, loving, upstanding, and insightful, he will be deeply missed by all he touched.

A Memorial Service will be held at the Nativity Catholic Church in Menlo Park, Monday, July 3, at 3 PM. Memorial contributions may be made to the American Cancer Society or the Family Service Agency of San Mateo County, 24 - 2nd Avenue, San Mateo, CA, 94401.



July/06 Chronicle

Exh. A.

<u>AFFIDAVIT OF SERVICE</u>

I declare that: I am employed in the City and County of San Francisco, California. I am over the age of eighteen years, and am not a party to the action entitled below. My business address is 126 Hyde Street, 2nd Floor, San Francisco, California, 94102.

On July 5, 2006, I served the attached document(s):

**DECLARATION OF STEPHEN L. COLLIER IN SUPPORT OF APPLICATION TO CONTINUE PETITIONER'S REPLY AND TRAVERSE FILING DATE**

Case No. C-06-3566 PJH

☒ **<u>BY FAX</u>**  By causing a true copy of said document(s) to be sent via facsimile to the phone numbers listed below.

<u>ADDRESSEE(S)</u>:

Steven Saltiel, Esq.
Deputy U.S. Attorney
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
FAX 415-436-6748

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 5, 2006

_____
Stephen L. Collier

AFFIDVAIT OF SERVICE